UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| THE GREEN PET SHOP ENTERPRISES, LLC | ) Case No. 1:15-cv-01138 |
| | ) Hon. Matthew F. Kennelly |
| Plaintiff, | ) |
| vs. | ) |
| MAZE INNOVATIONS, INC. | ) |
| Defendant. | ) |

## JOINT STATUS REPORT

Plaintiff, The Green Pet Shop Enterprises, LLC ("Green Pet"), Defendant, Maze Innovations, Inc. ("Maze"), and non-party Davison Design and Development, Inc. ("Davison"), through their undersigned counsel, hereby jointly submit this status report regarding Davison's motion to quash Green Pet's subpoena for documents.

Green Pet attempted to serve Davison with a Subpoena to Produce Documents on September 26, 2016. Davison filed a Motion to Quash Non-Party Subpoena on October 6, 2016. In light of some of the objections raised in Davison's Motion, Green Pet has withdrawn its subpoena to Davison and is in the process of serving a new subpoena. Therefore, Green Pet believes that Davison's motion to quash is now moot. As a result of Green Pet's decision to withdraw its subpoena to Davison, neither Green Pet nor Davison intend to file any additional briefing. Maze never intended to file any briefing related to the motion to quash, but does believe that Green Pet needed leave of Court to serve its original subpoena, as well as its new subpoena. Green Pet disagrees with this assertion. Davison reserves any and all rights to object to the new subpoena.

Dated: October 19, 2016    Respectfully submitted,

By: /Thomas J. Hayes /_____
   Thomas J. Hayes
   thayes@gordonrees.com
   Gordon & Rees LLP
   1 N. Franklin, Suite 800
   Chicago, Illinois 60606
   Phone: 312-561-1400
   Fax: 312-565-6511
   *Attorneys for Plaintiff*
   *The Green Pet Shop Enterprises LLC*


By: /Jason A. Engel/_____
    Jason A. Engel
    Jason.Engel@klgates.com
    Devon Beane
    Devon.Beane@klgates.com
    K&L Gates LLP
    70 West Madison Street, Suite 3100
    Chicago, IL 60602-4207
    Phone: 312-807-4236
    Fax: 312-827-8145
    *Attorneys for Defendant*
    *Maze Innovations, Inc.*

By: /Ryan James/_____
    Ryan James (Application for *pro hac*
    Admission pending).
    rxj@farnethtomosovich.com
    Shane D. Valenzi
    sdv@farnethtomosovich.com
    Farneth Tomosovich, LLC
    437 Grant St., Suite 1000
    Pittsburgh, PA 15219
    Phone: 412-802-2690
    Fax: 412-802-2691
    *Attorneys for Davison Design*
    *And Development, Inc.*

## CERTIFICATE OF SERVICE VIA CM/ECF

      I hereby certify that on October 19, 2016, a copy of the foregoing was filed electronically via the Court's CM/ECF system, which will serve notice on all counsel of record.

      /s/ Thomas J. Hayes
Thomas J. Hayes
Gordon & Rees Scully Mansukhani, LLP
1 North Franklin, Ste. 800
Chicago, IL 60606
T: (312) 565-1400
F: (312) 565-6511
thayes@gordonrees.com