UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

----------------------------------------------------------x
)
The Green Pet Shop Enterprises, LLC,   )
)
                Plaintiff,      :
)      Civil Action No. 1:15-CV-01138
v.                        :
)      Honorable Matthew F. Kennelly

Maze Innovations, Inc.            :
)
                Defendant.    :
----------------------------------------------------------x

**CONSENT DECREE AND FINAL JUDGMENT**

Plaintiff The Green Pet Shop Enterprises, LLC. ("Green Pet Shop") and Defendant Maze Innovations, Inc. ("Maze") have reached a settlement of their outstanding disputes and now, consistent with that agreement, they move jointly for the entry of the Consent Decree and final judgment ("Motion").

**Order and Final Judgment**

The Court is of the opinion that the Motion should be, and is hereby GRANTED.

It is therefore ORDERED, ADJUDGED and DECREED, as final judgment, that:

1. U.S. Patent Nos. 8,720,218 and 9,226,474 (the "Patents") are and remain valid and enforceable as between the parties;

2. Maze's commercial manufacture, use, sale, offer for sale, and/or importation of any variation of its "Chilly Mat" and "Chillz Cooling Pad" cooling pad line of products infringes the Patents;

3. The parties agree that the issues of patent validity, enforceability and infringement resolved in this Consent Decree and Final Judgment are concluded with finality and on the merits among the parties;

5646883_1

4. Each party is to bear its own costs and attorney fees;

5. This Court shall retain exclusive jurisdiction over the parties to adjudicate any challenge by Maze to the validity and/or enforceability of the Patents.

6. All claims and counterclaims are dismissed in their entirety with prejudice.

ENTERED this 14th day of March 2017

_____
HONORABLE MATTHEW F. KENNELLY
UNITED STATES DISTRICT COURT JUDGE

5646883_1